**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DEDRICK L. RICHARDSON,**

    **Petitioner,**

    vs.                    **Civil Action 2:6-cv-0081
Criminal No. 2:06-cr-100(3)
Judge Smith
Magistrate Judge King**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## ORDER

Upon unopposed motion, Doc. No. 385, petitioner Dedrick Richardson is **GRANTED** leave to disclose documents now under seal. It is understood that any such disclosure by petitioner will constitute a waiver of his privacy interests under Fed. R. Crim. P. 49.1.


March 14, 2013                          *s/ Norah McCann King*
                                                Norah McCann King
                                                United States Magistrate Judge